# In the United States Court of Federal Claims

No. 19-716 L

Filed: February 8, 2021

|  |
|---|
| EDWARD C. EASEY and MARGARET A. EASEY, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* |

## SCHEDULING ORDER

On February 5, 2021, the parties filed a joint status report indicating that they are awaiting the completion and review of the survey of Plaintiffs' structures before beginning settlement discussions. To allow time for survey completion and potential settlement, the parties proposed filing another status report on or before April 2, 2021. *See* ECF No. 31.

The Court agrees with the parties' proposal. The parties shall file a joint status report on or before April 2, 2021.

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge